OCTOBER 29, 2010

No. 10A422. MINNESOTA CITIZENS CONCERNED FOR LIFE, INC., ET AL. v. SWANSON, ATTORNEY GENERAL OF MINNESOTA, ET AL. D. C. Minn. Application for injunction pending appeal, presented to JUSTICE ALITO, and by him referred to the Court, denied.

No. 09–520. CSX TRANSPORTATION, INC. v. ALABAMA DEPARTMENT OF REVENUE ET AL. C. A. 11th Cir. [Certiorari granted, 560 U. S. 964.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

NOVEMBER 1, 2010

No. 10–5025. SILVA-ARZETA, AKA SELVA, AKA ARELLANO CEBRERO v. UNITED STATES. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.